**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00871-CV

### IN RE WILMA REYNOLDS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

## MEMORANDUM OPINION

On October 4, 2013, relator Wilma Reynolds filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Daniel Sklar, visiting judge of the 300th District Court of Brazoria County, to (1) set aside the December 11, 2012 order denying relator's motion to compel; (2) enter an

order granting relator's motion to compel; (3) set aside the January 23, 2013 order denying relator's bill of review; and (4) submit in camera documents to this Court.

Relator has not established her entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Christopher, McCally, and Donovan.